E-FILED
Thursday, 26 December, 2013  03:22:19 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| united States of America ex rel<br>Michael Gardner<br>Plaintiff<br><br>vs.<br><br>University of Illinois Urbana Champaign -<br>Police Department et al.<br>University of Illinois<br>Nameka Bates<br>Brian Farber<br>Natalie Davis<br>Willie Earl Fowler<br>Darlene Tulua Fowler<br><br><br><br>Defendant/s | case # 13-CV-2284<br><br><br><br><br><br><br><br><br><br><br><br>Judge<br>**All rights reserved –Non waived**<br>**Trial by Jury Demanded** |

### COMPLAINT SUIT FOR TITLE 42 U.S.C § 1983, TITLE 42 U.S.C §1985, TITLE 42 U.S.C §1986, & TITLE 28 U.S.C § 1343, CONSPIRACY, CONSPIRACY TO DEPRIVE CIVIL AND CONSTITUTIONAL RIGHTS, VIOLATION OF OATH OF OFFICE, MALFEASANCE, NONFEASANCE & OTHER LAWS BROKEN

This is an action by the Plaintiff against State/County/City officials acting under color of law for Civil rights violations involving wrongful arrest, unlawful search and seizure, criminal trespass, criminal conspiracy, deprivation of rights under color of law, negligence, malfeasance, fraud, theft of private property, and unlawful arrest with other violations that will be discovered throughout this case as this court may reveal.

At all times relevant herein the Defendants, employed as State, County, and/or City municipal agents/officers acting under color of law and outside the scope of their jurisdiction and authority, willfully caused Plaintiff a damage and physical injury, and in so doing, violated clearly established law, as those laws apply to Plaintiff's rights protected under the Constitution, particularly under the 4th, 5th, 6th, 9th, 13th, and 14th Amendments.

Be it known that each of the state actors herein (with the exception of Fowler and Tulua) have sworn an "oath of office" in regards, to their duties and therefore each of their acts under "color" of state law  is in direct violation of their oath of office and equates to CRIMINAL CONSPIRACY under section 1985. Defendants and other unknown officers as partners or in concert actions are without substance and legal right.

This Plaintiff would like to invoke the decisions of HAINES V. KERNER (1972) 404 US where the words of a Pro Se litigant are liberally construed and held to less rigorous standards (see Elliot v. Bronson (1989, CA Conn) 872 F2d 20.) than pleadings drafted by lawyers and dismissed for failure to state a claim only if it appears beyond doubt that a plaintiff can prove no set of facts in support of the claim that would entitle him to relief. We also invoke the decision of SANNER V. THE BOARD OF TRADE 62F .3d 918, 925 (7th Cir.1995) as a PLAINTIFF. In Sanner all well pleaded facts made by a plaintiff are accepted with a sort of deference in a case.

1. This action is brought pursuant to TITLE 42 USC 1983, TITLE 42 USC 1985, & TITLE 42 USC 1986; The First Amendment, Fourth Amendment, Fifth Amendment, Eighth Amendment, Ninth Amendment, Tenth Amendment, and Fourteenth Amendment as well as Article I, §10 to the Constitution of the United States of America, and the Civil rights Act of 1871/ 1964/ 1968/ 1987/ & 1991. After reviewing the record in his name in 2013 Petitioner Michael Gardner has recently discovered fraudulent concealment, fraud, and conspiracy, defamation of character, and brings suit against Defendants the University of Illinois Police Department, in concert with the University of Illinois, Nameka Bates, Brian Farber, and Natalie Davis as individuals and in their official capacities for committing and not limited to the following violations while acting under color of law: conspiracy to violate rights, violation of constitutional rights, constructive fraud, discrimination, loss to his business, cruel and unusual punishment, intentional infliction of emotional stress, and more. Willie Fowler and Darlene Tulua-Fowler are brought in as co-conspirators in concert whom further defamed the character of Plaintiff Michael Gardner and assisted in the deprivation of the rights of Gardner as well as tort injuries. Other defendant John and Jane Does will be revealed as this case progresses. Petitioner is under reasonable expectation that he as an American Man created by God has rights.

   I.   JURISDICTION AND VENUE

II. Plaintiff evokes the jurisdiction of this court pursuant to 28 U.S.C §1331, Federal Question as well as Article III Section § 2 of the Constitution of the United States. Violations of defendants were all committed within the geographic jurisdiction of the United States District Court Central District of Illinois.

   III. PARTIES

   A. PLAINTIFF

   Michael Gardner, (hereinafter Gardner or plaintiff) is One of We the People, an indigenous inhabitant traveler in one of these several states of the united States of America called Illinois and at all times relevant in this case is the injured party and private owner of genetic, spiritual, and intellectual property in representation of himself.

   B. DEFENDANTS

1. Defendant University of Illinois (hereinafter UIUC) at all times relevant to this complaint is believed to be an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC is responsible for compensating, enriching, rewarding, and making policy for Defendant officers and personnel is being sued as a person in its official and individual capacity.

2. Defendant University of Illinois Urbana Champaign Police Department (hereinafter UIUC PD) at all times relevant to this complaint is believed to be the enforcement of law, ordinances, and code in the geographic area of UIUC which is an educational institution of the corporate State of Illinois with its campus located in Champaign County. UIUC PD is responsible for discriminating against plaintiff Gardner by segregating his physical person from the geographic area of the UIUC public property without probable cause or due process of law, violating his reasonable expectation to privacy by unlawful trespass, as well as compensating, enriching, rewarding, and making policy for Defendant officers and personnel whom are being sued as a persons in their official and individual capacity.

3. Dendant Nameka Bates (hereinafter Bates) at all times relevant was acting in such capacity as the agent, servant, and employee of the defendant UIUC. Bates is the person whom made false accusations to recklessly, willfully, and wantonly defame the character of Gardner and his associated businesses through slander and libel. Bates has taken malicious actions against plaintiff Gardner on countless occasions over several years with no other knowledge of Gardner other than he appeared male, Black or African-American, and of a lower economic class. Bates was also a co-conspirator with her Sorority Sister Natalie Davis and officers of the UIUC PD. Defendants Bates, Davis, UIUC, and the UIUC PD failed to protect the reasonable expectation of rights given by God and protected by trust through the Constitution of the United States that plaintiff Gardner reserves.

4. Defendant Brian Farber (hereinafter Farber) is the person whom signed for and neglectfully allowed unlawful entry into the plaintiff's private life, possession of private genetic properties without consent, private spiritual property, private financial accounts, and intellectual property. Farber is also the person whom neglected to protect the rights of the plaintiff as well as the constitution of the United States of America and unreasonably asked for plaintiff's rights to due process be violated on several occasions. Farber is also a co-conspirator with Bates, Davis, UIUC, and UIUC PD by segregating Gardner from the geographic area of UIUC in a discriminatory manner in violation of the 4th, 5th, 6th, 14th amendments to the constitution of the United States. Defendant Farber also stores defaming records of information that is used to demean the character of Gardner and harass him. Farber keeps a hold on Gardner's university records and causes him the harassing cruel and unusual punishment of having to go through him every time that he wants to enroll for classes into the University of Illinois at Springfield. Farber's discrimination are based on unproven and unreasonable information in which causes UIUC and surrounding businesses to treat Gardner with Cruel and Unsual punishment whereas

all they can have seen about Gardner in person is that he appears Black or African American and is male. Farber is also responsible for ordering the detainment of Michael Gardner without his consent and with reckless, willful, and wanton disdain for the constitution of the United States. Farber is believed to be a resident of Champaign County and is being sued in his individual and his official capacity.

5. Defendant Natalie Davis, (hereinafter Davis) at all times relevant to this complaint is believed to be a dean employed by the State of Illinois through Defendant UIUC. At all relevant times she was acting in such capacity as the agent, servant, and employee of the defendant UIUC. Davis is a co- conspirator whom demanded, signed for, and allowed entry into the plaintiff's private life, private intellectual properties, private spiritual property, private financial accounts and discriminately segregated Gardner from the geographical area of UIUC without due process of law or probable cause . Davis is also the person whom neglected to protect the rights of the plaintiff and unreasonably asked for the right to religious practice, free speech, free travel. Labor, and due process of law be violated in an attempt to unlawfully exile Gardner from the trust of the People at UIUC. Davis is also responsible for demanding the detainment of Michael Gardner without his consent and with reckless, willful, and wanton disdain for the constitution of the United States. Davis is believed to be a resident of Champaign County and is being sued in her individual and her official capacity.

6. Defendant Willie Earl Fowler, (hereinafter Fowler) at all times relevant to this complaint is believed to be employed by the City of Champaign Municipal Corporation through Parkland Community College. At all relevant times he was acting in such capacity as the partner of the Thurgood Marshall Society Registered Student Organization an agent, servant, and employee of the defendant UIUC. Fowler is a co- conspirator whom demanded, signed for, and allowed entry into the plaintiff's private life, private intellectual properties, private spiritual property, private financial accounts and discriminately with malice defamed the character and assisted in the segregation of Gardner and the operation of his businesses from the geographical area of UIUC without due process of law or probable cause. Fowler is also the person whom signed a contract promising 33.3% and the return of seed money for services in an event with then Defendant Darlene Tulua for the Thurgood Marshal Society then a registered student organization of the University of Illinois Urbana Champaign, and the Pi Psi Chapter of Omega Psi Phi Fraternity Inc. whom are a UIUC affiliated Chapter for their national fraternity. Fowler is responsible for leading fraud and fraudulent concealment of the actual value of funds raised in the aforementioned contract as well as defamation which lead to a loss in funding in Gardner's businesses and personal life and damages which lead to undue hardship for his family.

7. Defendant Darlene Tulua- Fowler, (hereinafter Tulua) at all times relevant to this complaint is believed to at all relevant times was acting in such capacity as the President and/ or Treasurer of the Thurgood Marshall Society Registered Student Organization an agent, servant, and employee of the defendant UIUC. Tulua is a co-

conspirator whom demanded, signed for, and allowed entry into the plaintiff's private life, private intellectual properties, private spiritual property, private financial accounts and discriminately with malice defamed the character and assisted in the segregation of Gardner and the operation of his businesses from the geographical area of Champaign-Urbana as well as the UIUC without due process of law or probable cause. Tulua is also the person whom signed a contract promising 33.3% and the return of seed money for services in an event with then Defendant Willie Earl Fowler for the Thurgood Marshal Society then a registered student organization of the University of Illinois Urbana Champaign, and the Pi Psi Chapter of Omega Psi Phi Fraternity Inc. whom are a UIUC affiliated Chapter for their national fraternity. Tulua is responsible for leading fraud and fraudulent concealment of the actual value of funds raised in the aforementioned contract as well as defamation which lead to a loss in funding in Gardner's businesses and personal life and damages which lead to undue hardship for his family.

## STATEMENT OF FACTS

1. Plaintiff Gardner is the victim of fraudulently concealed information connected to fraudulently concealed defamation of character through slander and libel to People and organizations without cause by defendant Nameka Bates.
2. Around April 13, 2010 a letter was sent to plaintiff Gardner by mail segregating plaintiff Gardner from the geographical area as well as the population of those within the area was generated from the UIUC PD through officers acting under color of employment through law under supervision of UIUC at the requests of Natalie Davis acting as an individual utilizing her employment under supervision of UIUC in concert with UIUC PD, Nameka Bates, and Brian Farber. The letter did not state a reason for the segregation and did not follow clearly established laws of due process such as reasonable suspicion of a felony, and indictment, a warrant, facing an accuser or trial by jury.
3. Around April 20, 2011 Gardner was detained and stopped by UIUC PD officers from entering an event as a guest of UIUC students and fraternity brothers without probable cause, reasonable suspicion, without a warrant, and only with the assumption of his physical appearance being that of a Black or African American male.
4. Between the years 2006 through 2013 Brian Farber has wrongfully and unreasonably caused defendant Gardner undue hardship through, discrimination, harassment, and cruel and unusual punishment by blocking his right to life through the pursuit of happiness through education by keeping a hold on his student account permanently, which is not equal protection as Farber does not perform the same barriers for all students such as wealthy or Anglo descended students called White.
5. Between the years 2003 and the present defendants Willie Earl Fowler and now wife Darlene Tulua Fowler have fraudulently and wrongly breached oral and written contracts with Michael Gardner and swindled him out of thousands of dollars by malicious intent and planning. These defendants in concert with each other wrongfully and unreasonably defamed the character of plaintiff Michael Gardner and his businesses to UIUC organizations, students, surrounding businesses, and more to make it harder for him when he complained to the university and its organizations about funds owed. When plaintiff Gardner asked defendants Fowlers about funds they fraudulently concealed funds owed

to the plaintiff by stating to wait until all overhead was paid and would not disclose what the entire funds raised were. The defendants Fowler when asked for funds lied again as Gardner asked if they paid out all overhead as well as partner in contract the Pi Psi chapter of Omega Psi Phi Fraternity, Inc. Partner Omega Psi Phi is the fraternity in which defendant Willie Fowler was a member at the time and would not disclose what they were paid at that time. Members have since came forward stating that it was wrong how Fowler did your plaintiff and that he did pay funds to the organization and conceal said funds.

## FEDERAL CAUSES OF ACTION

i. All allegations set forth in paragraph 1 through 4 incorporated herein by reference.
ii. The herein described actions, engaged in under color of state authority by the defendants including defendants UIUC and UIUC PD, sued as a persons, responsible because of their authorization, condemnation, and ratification thereof for the acts of their employees, deprived Gardner of his rights secured to him by the Constitution of the United States, including but not limited to, his first amendment right to freedom of expression, his fourth amendment right to be free from unlawful entry and seizure of himself and property, and his 14th amendment right to due process of law and more.
iii. **FIRST CAUSE OF ACTION** Gardner's substantive rights that he would be secure in his person, body, property, private effects, be given due process/equal protection, redress of grievance, and religious practice were violated by defendants University of Illinois Police Department, in concert with the University of Illinois, Nameka Bates, Brian Farber, and Natalie Davis as well as John/Jane Does of defendant UIUC who is being sued as a person acting under color of law under as the policy maker and supervisor of defendant employees through ratification, as well as its authorization of their actions when said personnel and officers fraudulently filed defaming reports on plaintiff Gardner, without consent, without subject-matter jurisdiction, knowing that Gardner was vulnerable and damaged. Defendants deprived Gardner's rights of free association and expression when they neglected to equally protect Gardner from discrimination when they banned him from the area known as UIUC even though he was not suspected of committing a felony or any other crime for the matter. Such injury and rights violations as well as has inflicted great damage to the reputation of Gardner, his university record, and his businesses which suffered loss to the point that they were dissolved due to loss of University business due to discriminatory actions of employees. Defendants UIUC and named employees should have known better and made a more thorough investigation as to what actions they were taking. Defendants violated clearly established law as well as their oaths of office.
iv. **SECOND CAUSE OF ACTION** Plaintiff has had his substantive rights that he would be secure in equal protection under the law, his right to free expression, religious practice, and due process violated and suffered emotional damage which lead to physical damage from depression by the actions of defendants University of Illinois Police Department, in concert with the University of Illinois, Nameka Bates, Brian Farber, and Natalie Davis violated clearly established law in concert when defendants were allowed to file documents as officers and personnel of UIUC under color of law with malicious and fraudulent intent in concert with one another but Plaintiff Gardner was not allowed to file or face his accusers in due process or his defense because he is one of the people whose fourth or fourteenth amendment due process was being violated due to

discrimination from individual employees of UIUC. This shocked the conscience of Gardner as he was under the reasonable expectation that his ninth amendment right that the government would not violate rights that he reserved as one of THE PEOPLE would not be violated. Said action also placed fear in Gardner as the shock that he was being treated like a slave when individuals of UIUC employment status could do whatever they want by State authority whereas he was given the reasonable expectation that such employees worked for the people and would not receive special treatment. Plaintiff complains of constructive fraud, conspiracy to deprive his rights, and defamation of character. Plaintiff reserves all rights and cedes none.

v. **THIRD CAUSE OF ACTION** Gardner's substantive right *that he would not be discriminated against, free expression, and Thirteenth amendment right of freedom from involuntary servitude were violated by the defendants.* This was a violation of Plaintiff's expression of status of being a poor righteous learner/teacher/ambassador, traveling throughout, working only to contribute to the upliftment of fallen humanity and not for corporate greed. Gardner was segregated from a certain population and land area without due process, probable cause, court order, facing accuser, and more. Gardner's private intellectual property was trespassed upon by defendants without warrant accompanied by a sworn and subscribed affidavit. Any reasonable officer of the court or jury would have known the proper procedures of due process as clearly established in law. This is a clear indication that UIUC and its personnel operate counter to the constitution and does not carry out their oaths of office.

vi. **FOURTH CAUSE OF ACTION** Gardner's Fourth, Fifth, Ninth, Tenth, and Fourteenth amendment rights were violated when Dean Farber placed holds on his accounts detaining his intellectual growth at his own will in involuntary servitude. Any reasonable public servant would have known to protect the rights of Gardner by giving him due process. When Farber placed a hold on Gardner's record Gardner was not allowed to register for classes at the University of Illinois timely. Defendant Farber does not place a hold on every student equally and has chosen to discriminate against Gardner and cause him undue hardship in his pursuit of happiness through education.

vii. **FIFTH CAUSE OF ACTION** Defendant Davis in concert with Bates neglected to protect Gardner from injury when they as Sorority Sisters conspired to restrict Gardner's right to travel and locomotion as well as to labor without detainment by fraudulently and discriminately prompting fellow UIUC employees to discriminate and segregate Gardner from the geographic area and from a specific population of people through demanding the UIUCPD to unreasonably ban Gardner. Such actions were reckless, willful, and in violation of Gardner's reasonable expectation to life, liberty, and the pursuit of happiness. Such duress amounted to cruel and unusual punishment from the two females whom showed obvious resentment towards Gardner whom they only knew from his physical appearance as a male with dark skin. Gardner suffered embarrassment as well as emotional damage when his peers, his fraternity, and associates would hesitate or separate themselves out of fear of what these UIUC employees could do to their organization or themselves as individuals. Gardner's media business and entertainment business suffered at the loss and segregation from clientele base.

viii. **SIXTH CAUSE OF ACTION** Defendants University of Illinois Police Department, in concert with the University of Illinois, Nameka Bates, Brian Farber, and Natalie Davis conspired the execution of a prejudicial and unlawful document meant to

violate the rights of plaintiff Michael Gardner, one of We the people, through fraudulent concealment of said documents and actions such as unlawful trespasses on the rights to privacy without due process by show of a subscribed and sworn oath and affidavit attached, without a jury trial, without consent, and in concert with each other. The only thing seen about Gardner was that he appeared male and Black. Defendants neglected to protect the constitution and violated their oaths of office in such actions as to allow and order the violations of Gardner's due process in the 4th, 5th, 6th, 9th, and 14th Amendment rights to the Constitution for the United States of America. On the night of April, 20, 2011 Gardner suffered from more embarrassment and social ostracism when he was detained by UIUC PD and told to leave the geographic area by men with guns in front of his fraternity brothers and other peers. Such an action caused more distance with Gardner and the special population of people occupying the UIUC function. This lead to loss of appetite, hurt, and depression which affected Gardner physically and mentally.

ix. **SEVENTH CAUSE OF ACTION**  Defendant Brian Farber keeps a continuous hold on the University of Illinois system of enrollment which blocks Gardner from enrolling freely. Gardner has to go through extra effort that most other students don't have to endure which is cruel and unusual as well as fails to protect all students equally with emphasis on Gardner. Gardner was set to enroll into the University of Illinois at Springfield June of 2013 to finish up a M.A. in Educational Leadership but was blocked at the last minute by Brian Farber's hold. The class began before Farber returned Gardner's call to remove the excessive hold. Gardner was greatly discouraged and lost time toward completing his pursuit of happiness in a degree by the actions of Farber. With such degradation Gardner is humiliated consistently and even wonders if it is worth continuing the liberty of an education with discrimination from defendants Farber and co-conspirators. A semester of education is lost to Gardner which could have been a better employment opportunity missed. Gardner's conscious is shocked that such a thing happens in America even with the reasonable expectation of protection of clearly established laws.

x. Defendants Fowler in concert with Tulua collected seed monies and signed a contract in which they owe 33.3% of funds reported to have reached $60,000 (which more than likely were not reported to the IRS) have breached said contract through fraud and fraudulent concealment of the amount raised by lying and stating that no funds were accounted for after the overhead was paid but yet paid out partner Omega Psi Phi fraternity. The defendants fowler in concert with Tulua then for years through concealed fraudulent actions of secret reports and meetings with defendant UIUC officials defamed the name of Gardner, his businesses, friends, and family causing him wrongful and shameful status amongst his peers and the community at large. The officials of UIUC added the wrongful concealed actions to a secret folder on Gardner which is currently held in the offices of UIUC and its officials such as Brian Farber. In 2013 Gardner asked defendant Farber if he could review this folder and its content to which Farber once replied , yes, but after we remove some notes from the file that are not for you to see." In that file Gardner was able to see contracts with Fowler, secret notes from Tulua, Bates, Davis, Farber, UIUC Police Department, and other UIUC officials with fraudulent, wrongful, malicious words in defamation of the character of Gardner as well as revealed unlawful searches, seizures, and investigations without warrant, reasonable suspicion, or probable cause in deprivation of the rights of Gardner. The actions of the defendants in concert herein reveal actions that lead to a loss of standing in the community, defamation, loss of business, undue hardship and suffering to his family, purposeful emotional

distress, and other damages in tort. All defendants were negligent in protecting these God given and human rights of bonding in life, liberty, and the pursuit of happiness.

## I. PRAYER FOR REMEDIES

A. ENTER A PRELIMINARY INJUNCTION RESTRAINING AND ENJOINING THE DEFENDANTS FROM UNDERTAKING, ENFORCING, MAINTAINING, OR ADOPTING POLICIES AND PROCEDURES AND PRACTICES OR ACTS ORDERING GARDNER IN ANY RESTRICTIVE WAYS IN POWER, ENTER A WRIT OF MANDEMUS or WRIT OF PROHIBITION TO HAVE DEFENDANT FARBER PERMANANTLY REMOVE THE DISCRIMINATORY HOLD ON PLAINTIFF GARDNER'S RECORD, ENTER A SUBPEOPNA OR FREEDOM OF INFORMATION ACT REQUEST FOR ANY AND ALL RECORDS WITH ALL CONTENT HELD WITH INFORMATION ON DEFENDANT GARDNER AND HIS BUSINESSES OR NAME LIKENESSES FROM ALL OFFICES OF UIUC AND ITH UIUC PD, ENTER A WRIT OF QUO WARRANTO SHOWING THE AUTHORITY THAT ANY DEFENDANT HAD TO DEPRIVE GARDNER OF HIS RIGHTS, GRANT THE AND PUNITIVE/ COMPENSATORY DAMAGES AWARDED AS FOLLOW :

B. Enter an immediate investigation into criminal charges for the defendants such as and not limited to 18 USC 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, 18 USC 241 CONSPIRACY AGAINST RIGHTS, 18 USC 247 OBSTRUCTION OF RELIGIOUS PRACTICES, 28 USC 1343 CIVIL RIGHTS & ELECTIVE FRANCHISES and;

C. As compensatory damages, the sum of $800,000 and ;

D. As punitive damages the sum of $9,000,000 based on but not limited to the following ;

E. **Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

F. **Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Due Process, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority** as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

G. **Unfounded Accusations by Officers of the Court, or Unlawful Determination**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

H. **Denial and/or Abuse of Due Process:** $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

I. **Obstruction of Justice**: $2,000,000.00 (Two Million) lawful US Dollars, per occurrence, per officer, or agent involved.

J. **Unlawful Detention, False Imprisonment, or Incarceration**: $2,000,000.00 (Two Million) lawful US Dollars, per day, per occurrence, per officer, or agent involved.

K. **Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason**: $2,000,000.00 (Two Million) lawful US Dollars per day, per occurrence, per officer, or agent involved.

L. **Disrespect by a Judge or Officer of the Court**: $2,000,000.00 (Two Million) lawful US Dollars per occurrence, per officer, or agent involved.

M. **Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court**: $2,000,000.00 (Two Million) lawful US Dollars per occurrence, per officer, or agent involved.

N. **Violation of Rights**: $2,000,000.00 (Two Million) Dollars, per occurrence, per officer, or agent involved.

O. **Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property**, including genetic, spiritual, or intellectual property, buildings, structures, financial accounts, funds, work energy, and other properties belonging to the Natural Man or Secured Party will incur a penalty of total of $2,000,000.

P. Officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of constitutional rights. Recorded in the Cook County recorder of Deeds are these **Statute Staple Securities Instrument which** exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

Q. All attorneys' fees incurred in prosecuting this action pursuant to 42 USC 1988.

R. The right to amend this complaint is warranted by further evidence and fact finding;

S. And other relief as to the court seems proper.

Of the People, By the People, for the People,

Michael Gardner

3127 S. Indiana Ave

Chicago, IL 60616
(312) 371-7499

Michael Gardner
3127 S Indiana Ave
city of Chicago, Illinois[60516]

## AFFIDAVIT OF THE STATUS OF MICHAEL GARDNER

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF COOK | ) |

Comes now, **MICHAEL GARDNER**, your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

1. That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.
2. Your Affiant is a living, breathing, sentient being on the land, a Natural Man, and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.
3. Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural beings, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.
4. Your Affiant at all times claims all and waives none of his God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.
5. Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".
6. Your affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the other People, are granted limited delegated authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the other People.

7. Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.
8. Your Affiant notices that pursuant to this supreme Law of the Land and the God given Rights secured and guaranteed therein, said Constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type.
9. Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can Affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment there from.

Further, Affiant sayeth naught.

Signature _Michael Gardner_     _9/26/12_
MICHAEL GARDNER                  Date

State of Illinois
County of Cook
Subscribed and sworn to (or affirmed) before me on this 26th day of Sept, 2012 by **MICHAEL GARDNER**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Tesha_ _____
Notary Public            (Seal)

OFFICIAL SEAL
TESHA WILSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/29/2015

STATE OF ILLINOIS )
) ss
COUNTY OF COOK )

## Affidavit of Reservation of Constitutional and Treaty Rights

Comes now, **MICHAEL F. GARDNER**, your Affiant, being competent to testify and being over the age of 25 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states the he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

It is my understanding as follows:

1. Your affiant is a living, non corporate, Indigenous American Man, the posterity of the People living as the first Americans during the Declaration of Independence and the signings of the Articles of Confederation, various Treaties with Indigenous People, Treaty of Paris, and the Constitution for the united States of America and reserves all rights and immunities preserved in each document as well as some not mentioned.
2. Your affiant is the posterity of the Oliver Family whom were freemen that fought in the United States Civil War as Union Soldiers whom remained victors of said war and were due all spoils of war as said victors. As the posterity of said soldiers William Oliver, Jesse Oliver, and Robert Oliver, affiant Michael F. Gardner, is heir to their rights and immunities of said free victors of war as federal employees from federal jurisdiction.
3. Your affiant accepts the oaths of office of all whom have sworn to protect said constitution.

Govern Yourselves Accordingly.

_____
Michael-Fonta: Gardner

Michael-Fonta: Gardner, Executor
Reserving All Rights, Without Prejudice

On this 5 day of March in the year 2013, before me, the undersigned notary public, personally appeared <u>Michael-Fonta:Gardner, Executor,</u> Known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge that he/she/they executed the same for the purpose therein contained. In witness whereof, I hereunto set my hand and official seal.

_____
5 March 2013

OFFICIAL SEAL
ANTOINETTE GRIFFIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/18/15

1

43

UNITED STATES CODE

TITLE 18 - CRIMES AND CRIMINAL PROCEDURE

PART I - CRIMES

CHAPTER 13 - CIVIL RIGHTS

§ 241. Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any inhabitant of any State, Territory, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured -

They shall be fined not more than $10,000 or imprisoned not more than ten years, or both; and if death results, they shall be subject to imprisonment for any term of years or for life.

§ 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000 or imprisoned not more than one year, or both; and if bodily injury results shall be fined under this title or imprisoned not more than ten years, or both; and if death results shall be subject to imprisonment for any term of years or for life.

The AUTHORITY FOR FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS. These Damages were determined by GOVERNMENT itself for the violation listed (does not include punitive damages which are in equal amount or greater).

| Breach | Penalty | Authority |
|---|---|---|
| VIOLATION OF OATH OF OFFICE | $250,000.00 | 18 USC 3571 |
| DENIED PROPER WARRANT(S) | $250,000.00 | 18 USC 3571 |
| DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS | $250,000.00 | 18 USC 3571 |
| DEFENSE EVIDENCE (RECORDS) | $250,000.00 | 18 USC 3571 |
| DENIED RIGHT TO TRUTH IN EVIDENCE | $250,000.00 | 18 USC 3571 |
| SLAVERY (Forced Compliance to contracts not held) | $250,000.00 | 18 USC 3571 |
| DENIED PROVISIONS IN THE CONSTITUTION | $250,000.00 | 18 USC 3571 |
| TREASON (combined above actions). | $250,000.00 | 18 USC 3571 |
| GENOCIDE | $1,000,000.00 | 18 USC 1091 |
| MISPRISION OF FELONY | $500.00 | 18 USC 4 |
| CONSPIRACY | $10,000.00 | 18 USC 241 |
| EXTORTION | $5,000.00 | 18 USC 872 |
| MAIL THREATS | $5,000.00 | 18 USC 876 |
| FRAUD | $10,000.00 | 18 USC 1001 |
| FALSIFICATION OF DOCUMENTS | $10,000.00 | 18 USC 1001 |
| PERJURY | $2,000.00 | 18 USC 1621 |
| SUBORNATION OF PERJURY | $2,000.00 | 18 USC 1622 |
| GRAND THEFT (18 USC 2112) each | $250,000.00 | |
| To determine multiply no. of counts by damage | | 18 USC 3571 |
| RACKETEERING (Criminal) | $25,000.00 | 18 USC 1963 |
| RACKETEERING (Civil) Wages Taken $x3 = (Sustained Damages [total] x 3) | 5? | 18 USC 1964 |

Thirty-seven (37) Constitutional violations from Count 1: = $9,250,000.00 Damages

**Dealing with claims of "immunity."**

Any claim of " immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and the state Constitutions.

Precedents of Law established by COURT cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic *tranquility, and secure the-blessings of liberty. For JUDGES, or anyone in any branch of government.*

# Add/Drop Classes

659045870 Michael F. Gardner
Summer 2013 - Springfield
May 29, 2013 12:02 pm

**You may not add or drop classes due to holds on your record**

**RELEASE: 8.5.0.1**

Evidence Exhibit A

| | |
|---|---|
| **From:** | Farber, Brian |
| **Sent:** | Monday, August 26, 2013 3:10 PM |
| **To:** | 'MIKE GEE'; Berman, Tracey L |
| **Cc:** | Korte, James C |
| **Subject:** | RE: Hold to Be Lifted |

Mr. Gardner,

Thank you for your message. I will have Mrs. Berman remove the hold for a period of one week to allow for your registration at UIS. She will replace it after that time. Please note that you may call the office to ask that the hold be temporarily lifted at any time as I have a standing agreement with my counterpart at UIS to do so. It will be difficult for us to do this on an automatic basis without you contacting our office to make this request as you have suggested. We will not be able to effectively monitor the registration periods at UIS. However, contacting us exactly as you have is more than sufficient to have the hold temporarily lifted at any time you request it.

I know that you and I have spoken at many times over the years about this hold and this situation. If you are interested in allowing the discipline process at UIUC to take jurisdiction over this case, I will be willing to meet with you, investigate, and come to a decision. I cannot guarantee what the outcome of that process would be, but would be happy to discuss that with you if you would like to pursue the possibility of permanently removing the hold from your record.

Please contact me be e-mail if you would like to pursue this. I would like to review your file and contact the appropriate people on our campus to get a better understanding of all of the allegations before you and I meet.

Thank you, Mr. Gardner.

Brian D. Farber
Associate Dean of Students
Director, Office for Student Conflict Resolution
University of Illinois at Urbana-Champaign
348 Student Services Building
610 East John Street
Champaign, IL 61820
(217) 333-3680 (phone)
(217) 333-4084 (fax)
bfarber@illinois.edu
www.conflictresolution.uiuc.edu

**From:** MIKE GEE [mailto:naspublishing@gmail.com]
**Sent:** Monday, August 26, 2013 2:51 PM
**To:** Berman, Tracey L
**Cc:** Farber, Brian
**Subject:** Hold to Be Lifted

Greetings,

This is a request to have the hold that you and your office continuously place on my student account and record every semester which blocks my equal access to register for class for UIS as other students do. Please lift the

1

Exhibit B

hold so that I may register for class and also note for the record that this consistent and unreasonable hold is discriminatory since it leave s me outside of equity with students whom do not have to consistently get permission to enroll in courses.

Of the People by the People, for the People,

Michael Gardner
UIN 659045870

--
Indigenous American Man's confidentiality notice: This is a private email message,
including any attachment(s) is for the sole use of the intended
recipient and may contain privileged and confidential information.
Any/all political, private or public entities, International, Federal,
State, or Local corporate government(s), private International
Organization( s) Municipality(s), Corporate agent(s), informant(s) ,
investigator( s) et. al., and/or third party(s) working in collusion
by monitoring my email(s), and any other means of communication
without my permission are barred from any unauthorized review, use,
disclosure, or distribution; with explicit reservation of all my
rights, without prejudice and without recourse to any of my rights.
Any omission does not constitute a waiver of any and/or all
intellectual property rights or reserved rights. Notice to Principle
is notice to Agent, Notice to Agent is Notice to Principle.